UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/19/2021
```

------------------------------------------------------------------X
                                                                  :
JOSUE ROMERO, on behalf of himself and all others                 :
similarly situated,                                               :
                                                                  :
                              Plaintiff,                           :                20-cv-8526 (LJL)
                                                                  :
              -v-                                                  :                ORDER
                                                                  :
STERZING FOOD COMPANY,                                             :
                                                                  :
                              Defendant.                           :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On December 15, 2020, the parties submitted a notice of settlement and the Court stayed

the action and ordered the parties to submit a status letter on the stipulation of dismissal within

thirty (30) days.  Dkt. Nos. 9, 10.  The parties have not filed such letter yet.

       It is hereby ORDERED that the parties shall file the status letter by January 22, 2021.


       SO ORDERED.


Dated: January 19, 2021
       New York, New York        _____
                                          LEWIS J. LIMAN
                                       United States District Judge